UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLEDA, an individual; ANGELICA VILLEDA; an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a business entity,<br><br>Defendant. | Case No. 2:23-cv-00613-JAM-JDP<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

- The discovery deadline is **August 9, 2024**;
- The motion filing deadline for dispositive motions is **October 04, 2024** and the hearing on such motions shall be **December 03, 2024, at 01:30 p.m.**[1];
- The expert disclosure deadlines are **June 14, 2024** (expert witness disclosures) and **June 28, 2024** (supplemental disclosures);
- Joint Mid-Litigation Statement Filing Deadline: **Fourteen (14) days prior to the close of discovery**;
- The final pretrial conference shall be **Tuesday, February 04, 2025, at 10:00 a.m**.

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

1

ORDER

- The jury trial shall be **March 24, 2025, at 9:00 a.m**.

All other instructions contained in the June 16, 2023, Pretrial Scheduling Order (ECF No. 8) **SHALL** remain in effect.

Dated: November 30, 2023          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA 95219
(209) 473-8732

ORDER

2