Lori A. Reihl, Esq., Bar No. 2463953
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
lreihl@mrrjlaw.com
cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLEDA, an individual; ANGELICA VILLEDA; an individual<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, a business entity; and DOES 1-50, inclusive<br><br>Defendant(s). | Case No. 2:23-cv-00613-JAM-JDP<br><br>STIPULATION FOR EXTENSION OF DEADLINES;<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 13)** |

WHEREAS, under the current Stipulation and Order (ECF No. 12) extending the previous deadlines set in the initial Pretrial Scheduling Order in this action (ECF No. 8), expert disclosures are currently due by June 14, 2024 and discovery is set to close on August 9, 2024.

The parties have been actively engaged in discovery including written discovery, depositions, and obtaining medical records.  In addition to engaging in discovery, the parties have also agreed to participate in private mediation with Ernest Long, Esq. in Sacramento, California.  However, the earliest availability provided by the agreed upon mediator are dates in the last week of September and early October 2024.  It is the intent of the parties to engage in mediation efforts, at this time, prior to engaging in the time and cost of further discovery, expert disclosures, and

expert discovery, to promote settlement discussions.

An extension of time on the current case deadlines is necessary to allow time for the completion of mediation currently being coordinated for late September 2024. Additionally, should mediation not be successful, the parties will need time to complete additional depositions of additional witnesses and plaintiffs' treating physicians, for expert complete expert disclosure reports. Further, following expert disclosures, the parties will need sufficient time to complete expert depositions.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED among the parties, through counsel, that that the current dates and deadlines shall be extended as follows:

- The current expert disclosure deadlines of June 14, 2024 (expert witness disclosures) and June 28, 2024 (supplemental disclosures) shall be extended to December 6, 2024 (expert witness disclosures) and December 20, 2024 (supplemental disclosures).
- The current discovery deadline of August 9, 2024 shall be extended to January 31, 2025.
- The current motion filing deadline for dispositive motions of October 4, 2024 shall be extended to March 31, 2025; and the hearing on such motions shall be continued from December 3, 2024 at 1:30pm to May 27, 2025 at 1:30pm, or any alterative date and time available within the court's schedule.
- The Joint Mid-Litigation Statement filing deadline shall be Fourteen (14) days prior to the close of discovery.
- The final pretrial conference shall be continued from February 4, 2025 at 10:00am, to July 29, 2025 at 10:00am or any alterative date and time available within the court's schedule.
- The jury trial shall be continued from March 24, 2025 at 9:00am to September 8, 2025 at 9:00am or any alterative date and time available within the court's schedule.

///

///

///

///

All other instructions contained in the June 16, 2023, Pretrial Scheduling Order (ECF No. 8) shall remain in effect.

Dated: May 29, 2024                         YURTSAN LAW FIRM

                                                                                   By:  */s/ Andrey Yurtsan*
                                                                                                Andrey R. Yurtsan, Esq.
                                                                                                Attorneys for Plaintiffs
                                                                                                RAMON VILLEDA and ANGELICA VILLEDA

Dated: May 31, 2024                         MORDAUNT, ROUNDY, REIHL & JIMERSON

                                                                                     By:  */s/ Lori Reihl*
                                                                                                 Lori A. Reihl, Esq.
                                                                                                Attorneys for Defendant
                                                                                                TARGET CORPORATION

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Scheduling Order, is **MODIFIED** as follows:

• The expert disclosure deadlines are **December 6, 2024** (expert witness disclosures) and **December 20, 2024** (supplemental disclosures);

• The discovery deadline is **January 31, 2025**;

• The motion filing deadline for dispositive motions is **March 31, 2025,** and the hearing on such motions shall be **June 03, 2025, at 01:00 p.m.**[1];

• Joint Mid-Litigation Statement Filing Deadline: **Fourteen (14) days prior to the close of discovery**;

• The final pretrial conference shall be **Friday, August 01, 2025, at 10:00 a.m**.

• The jury trial (5-7 days) shall be **September 15, 2025, at 9:00 a.m**.

All other instructions contained in the June 16, 2023, Pretrial Scheduling Order (ECF No. 8) **SHALL** remain in effect.

Dated: June 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

Mordaunt, Roundy, Reihl & Jimerson
7488 Shoreline Drive, Suite B1
Stockton, CA 95219
(209) 473-8732