Lori A. Reihl, Esq., Bar No. 246395
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B-1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com
cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLEDA, an individual; and ANGELICA VILLEDA; an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION, a business entity, <br><br> Defendant. | Case No. 2:23-cv-00613-JAM-JDP <br><br> **FOURTH STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

The parties to this action hereby stipulate and agree as follows:

1.      The parties have stipulated to a physical examination of plaintiffs Ramon Villeda and Angelica Villeda to be conducted by Benajmin Emanuel, M.D., a licensed physician with a specialty in neurology, on May 15, 2025.  The parties have also stipulated to a neuropsychological examination of plaintiffs Ramon Villeda and Angelica Villeda to be conducted by Howard Friedman, Ph.D., ABPP, a licensed psychologist with a specialty in neuropsychology, on June 24, 2025.

2.      Due to the limited availability of the examining physicians, these examinations were scheduled at the earliest available dates and cannot occur within the current deadlines for discovery and expert disclosures.  Therefore, the parties stipulate and agree to extend the discovery and expert deadlines as follows:

1

FOURTH STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1        a.        The deadline to disclose initial experts and produce reports in accordance

2   with Federal Rule of Civil Procedure 26(a)(2) shall be extended from May 2, 2025 to July 11, 2025.

3        b.        The deadline to disclose rebuttal experts and produce reports in

4   accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from May 23, 2025 to

5   August 1, 2025.

6        c.        The deadline to complete all discovery shall be extended from June 13, 2025

7   to August 22, 2025.

8        3.        All other case dates and deadlines, including the current trial date of January 26,

9   2026, shall remain as currently set.

10        4.        The parties also have a private mediation scheduled for June 3, 2025, which remains

11   on calendar as scheduled.

12

13   Dated: April 29, 2025                    MORDAUNT, ROUNDY, REIHL & JIMERSON

14

15                                            By:   _/s/ Lori Reihl_____
                                                     Lori A. Reihl, Esq.
                                                     Attorneys for Defendant
16                                                   TARGET CORPORATION

17

18

19   Dated: April 29, 2025                    YURTSAN LAW FIRM PC

20

21                                            By:   _/s/ Andrey R. Yurtsan_____
                                                     Andrey R. Yurtsan, Esq.
                                                     Attorneys for Plaintiffs
22                                                   RAMON VILLEDA AND
                                                     ANGELICA VILLEDA

23

24

25

26

27   Mordaunt, Roundy,
     Reihl & Jimerson
     7488 Shoreline Dr.
     Suite B1
28   Stockton, CA 95219
     (209) 473-8732

2

FOURTH STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1
## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

2 Good cause having been shown, IT IS HEREBY ORDERED that:

3     1.  The discovery and expert deadlines shall be extended as follows:

4          •  The parties shall disclose initial experts and produce reports in accordance with

5            Federal Rule of Civil Procedure 26(a)(2) on or before **07/11/2025,** and rebuttal

6            experts and reports produced in accordance with Federal Rule of Civil Procedure

7            26(a)(2) on or before **08/01/2025.**

8          •  All discovery shall be completed no later than **08/27/2025.**

9          •  Joint Mid-Litigation Statement due **fourteen (14) days** <u>prior</u> to the close of

10            discovery.

11          •  Dispositive motion filed by **10/24/2025**.

12          •  Hearing on such motions on **01/06/2026, at 01:00 p.m.**

13          •  Joint Pretrial Statement due **seven (7) days** <u>prior</u> to the final pretrial conference.

14          •  Final Pretrial Conference SET for **02/27/2026, at 11:00 a.m.**, in person.

15          •  Jury trial SET for **04/13/2026, at 9:00 a.m.**  The parties estimate an approximate

16            five to seven (5-7) day trial.

17     2   All other instructions contained in the Pretrial Scheduling Order (ECF No. 8) shall remain

18        in effect.

19     **IT SO ORDERED**.

20

21   Dated: May 01, 2025                 /s/ John A. Mendez

                                          THE HONORABLE JOHN A. MENDEZ

22                                     SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

Mordaunt, Roundy,
Reihl & Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732
27

28

3

FOURTH STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER