Lori A. Reihl, Esq., Bar No. 246395
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B-1
Stockton, CA 95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com
cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLEDA, an individual; ANGELICA VILLEDA; an individual<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, a business entity; and DOES 1-50, inclusive<br><br>Defendant(s). | Case No. 2:23-cv-00613-JAM-JDP<br><br>**STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFFS** |

The parties to this action hereby stipulate and agree as follows:

1.  A controversy exists regarding the physical and mental condition of plaintiffs Ramon Villeda and Angelica Villeda, and good cause exists for a physical and neuropsychological examination of plaintiffs.

2.  A physical examination of plaintiffs Ramon Villeda and Angelica Villeda will be conducted by Benajmin Emanuel, M.D., a licensed physician with a specialty in neurology. These examinations will take place on May 15, 2025 beginning at 10:00 a.m. at Esquire Deposition Solutions, 180 Promenade Circle, Suite 305 in Sacramento, CA.

3.  The examinations will be conducted for the purpose of evaluating plaintiffs' physical conditions with respect to the alleged injuries and damages plaintiffs claim to have suffered as a result of the incident which is the subject matter of the action herein, the nature and

Mordaunt, Roundy, Reihl & Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

1

STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFFS

extent thereof, the relationship thereof to the claims which are the subject of this litigation, the prognosis therefore, and other aspects of plaintiffs' present and future condition. The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of this lawsuit, and a physical examination and evaluation.

4. A neuropsychological examination of plaintiffs Ramon Villeda and Angelica Villeda will be conducted by Howard Friedman, Ph.D., ABPP, a licensed psychologist with a specialty in neuropsychology. These examinations will take place on June 24, 2025 beginning at 8:30 a.m. at Regus Office Suites, 500 Capital Mall, Suite 2350 in Sacramento, CA.

5. The examinations will be conducted for the purpose of evaluating plaintiffs' mental and cognitive conditions with respect to the alleged injuries and damages plaintiffs claim to have suffered as a result of the incident which is the subject matter of the action herein, the nature and extent thereof, the relationship thereof to the claims which are the subject of this litigation, the prognosis therefore, and other aspects of plaintiffs' present and future condition. The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of this lawsuit, and a mental examination, including neuropsychological testing, and evaluation.

Dated: April 29, 2025                               MORDAUNT, ROUNDY, REIHL & JIMERSON

                                                    By: */s/ Lori Reihl*
                                                        Lori A. Reihl, Esq.
                                                        Attorneys for Defendant
                                                        TARGET CORPORATION

Dated: April 29, 2025                               YURTSAN LAW FIRM PC

                                                    By: */s/ Andrey R. Yurtsan*
                                                        Andrey R. Yurtsan, Esq.
                                                        Attorneys for Plaintiffs
                                                        RAMON VILLEDA AND
                                                        ANGELICA VILLEDA

STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFFS

# **ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that:

1. A physical examination of plaintiffs Ramon Villeda and Angelica Villeda shall be conducted by Benajmin Emanuel, M.D., a licensed physician with a specialty in neurology on May 15, 2025 beginning at 10:00 a.m. at Esquire Deposition Solutions, 180 Promenade Circle, Suite 305 in Sacramento, CA.  The examinations will be conducted for the purpose of evaluating plaintiffs' physical conditions with respect to the alleged injuries and damages plaintiffs claim to have suffered as a result of the incident which is the subject matter of the action herein, the nature and extent thereof, the relationship thereof to the claims which are the subject of this litigation, the prognosis therefore, and other aspects of plaintiffs' present and future condition.  The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of this lawsuit, and a physical examination and evaluation.

2. A neuropsychological examination of plaintiffs Ramon Villeda and Angelica Villeda shall be conducted by Howard Friedman, Ph.D., ABPP, a licensed psychologist with a specialty in neuropsychology June 24, 2025 beginning at 8:30 a.m. at Regus Office Suites, 500 Capital Mall, Suite 2350 in Sacramento, CA.  The examinations will be conducted for the purpose of evaluating plaintiffs' mental and cognitive conditions with respect to the alleged injuries and damages plaintiffs claim to have suffered as a result of the incident which is the subject matter of the action herein, the nature and extent thereof, the relationship thereof to the claims which are the subject of this litigation, the prognosis therefore, and other aspects of plaintiffs' present and future condition.  The examination will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of this lawsuit,

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFFS

1    and a mental examination, including neuropsychological testing, and evaluation.

2

3    IT IS SO ORDERED.

4    Dated:    May 2, 2025                                    _____
5                                                             JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Dr.
Suite B1
Stockton, CA 95219
(209) 473-8732

4

STIPULATION AND ORDER FOR MEDICAL EXAMINATION OF PLAINTIFFS