Lori A. Reihl, Esq., Bar No. 246395
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B-1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile: (209) 957-9165
lreihl@mrrjlaw.com; cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLEDA, an individual;<br>ANGELICA VILLEDA; an individual<br><br>            Plaintiffs,<br>vs.<br><br>TARGET CORPORATION, a business entity,<br><br>            Defendant. | Case No. 2:23-cv-00613-JAM-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a written Settlement and Release Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: July 15, 2025                    MORDAUNT, ROUNDY, REIHL & JIMERSON


                                        By:  */s/ Lori Reihl*
                                             Lori A. Reihl, Esq.
                                             Attorneys for Defendant
                                             TARGET CORPORATION


Dated:  July 15, 2025                   YURTSAN LAW FIRM PC


                                        By:  */s/ Andrey Yurtsan*
                                             Andrey R. Yurtsan, Esq.
                                             Attorneys for Plaintiffs
                                             RAMON VILLEDA
                                             AND ANGELICA VILLEDA

1

STIPULATION AND ORDER FOR DISMISSAL

**ORDER OF DISMISSAL**

The above stipulation is **APPROVED**, and this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

Dated: July 25, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER FOR DISMISSAL